**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

MARK W. DOBRONSKI,                                    Case No. 24-cv-12940

        Plaintiff,                                        Honorable Linda V. Parker
                                                      United States District Judge
v.

                                                      Honorable Kimberly G. Altman
MEDGUARD ALERT, INC., and                             United States Magistrate Judge
DAVID GLEN ROMAN,

        Defendants,

_____

## STIPULATION OF DISMISSAL

NOW COME the parties and do hereby stipulate that the above-captioned cause may be DISMISSED WITH PREJUDICE, each party to bear their own costs and fees.

DATED this   22nd   day of August, 2025.


_____          _____
Mark W. Dobronski                          Patrick B. Green (P68759)
Post Office Box 99                         Gage A. Wakula (P83866)
Dexter, Michigan 48130-0099                Dickinson Wright PLLC
(734) 641-2300                             2600 West Big Beaver Road, Suite 300
markdobronski@yahoo.com                    Troy, Michigan 48084
Plaintiff *In Propria Persona*             (248) 433-7200
                                           pgreen@dickinsonwright.com
                                           gwakula@dickinsonwright.com
                                           Attorneys for Defendants