# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

MARK W. DOBRONSKI,

    Plaintiff(s),

V.                                 CASE NO. 24-12940
                                    HON. LINDA V. PARKER

MEDGUARD ALERT, INC., et al.,

    Defendant(s).
_____/

## ORDER OF DISMISSAL

The parties having filed a Stipulation of Dismissal [ECF No. 25] on August 22, 2025; Accordingly, the above-entitled action is **DISMISSED WITH PREJUDICE AND WITHOUT COSTS**.

                                    s/Linda V. Parker
                                    Linda V. Parker
                                    United States District Judge

Dated:  August 22, 2025

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 22, 2025, by electronic and/or ordinary mail.

                                    s/A. Flanigan
                                    Case Manager